MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: john.hemann@usdoj.gov

Attorneys for Plaintiff

**FILED**
JUL 2 7 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11 7086 MEJ |
| Plaintiff, | |
| v. | APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL |
| WALTER LIEW and CHRISTINA LIEW, | |
| Defendants. | |

    The United States by and through its counsel, Assistant United States Attorney John Hemann, hereby moves this Court for an order sealing the government's application for a sealing order, the sealing order, the criminal complaint and affidavit, the arrest warrant, and all attachments in the above-referenced investigation. As set forth more fully in the affidavit in support of the criminal complaint, this is an ongoing investigation that is neither public nor known to all of the targets of the investigation. Accordingly, premature disclosure of these documents may seriously jeopardize the investigation.

APPLICATION/ORDER RE: SEALING

| | |
|---|---|
| DATED: | Respectfully Submitted, |
| | MELINDA HAAG<br>United States Attorney |
| | |
| | /s/ JOHN H. HEMANN<br>JOHN H. HEMANN<br>Assistant United States Attorney |

**ORDER**

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the application for a sealing order, the sealing order, the criminal complaint and affidavit, the arrest warrant, and all attachments in the above-referenced investigation, regarding UNITED STATES v. WALTER LIEW and CHRISTINA LIEW, shall be filed under seal by the Clerk until further order of the Court.

IT IS SO ORDERED.

DATED: 7-27-11

MARIA-ELENA JAMES
United States Magistrate Judge

APPLICATION/ORDER RE: SEALING