MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

PETER B. AXELROD (CABN 190843)
JOHN H. HEMANN (CABN 165823)
Assistant United States Attorneys

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: peter.axelrod@usdoj.gov; john.hemann@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-MJ-70865 |
|    Plaintiff, | NOTICE OF SUBSTITUTION OF COUNSEL |
|    v. | |
| WALTER LIEW and CHRISTINA LIEW, | |
|    Defendants. | |

    The United States Attorney's Office hereby files this Notice of Substitution of Counsel to advise the Court and counsel that the assigned Assistant United States Attorneys (AUSA) is Peter B. Axelrod and John H. Hemann. Accordingly, the government respectfully requests that future ECF notices be sent to AUSAs Axelrod and Hemann at the email addresses of

///

///

NOTICE OF SUBSTITUTION OF COUNSEL
CR 11-MJ-70865

1  peter.axelrod@usdoj.gov and john.hemann@usdoj.gov.  AUSA Miranda Kane should be
2  removed from the list of persons to be noticed.
3
4  DATED: August 8, 2011                    Respectfully submitted,
5                                            MELINDA HAAG
                                             United States Attorney
6
7
                                             _____/s/_____
8                                            PETER B. AXELROD
                                             Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF SUBSTITUTION OF COUNSEL
CR 11-MJ-70865