AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| United States of America | ) |
| v. | ) |
| Walter Liew | ) Case No. |
| | ) |
| Defendant | ) 11 70865 |

**MEJ**

FILED
AUG 05 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Walter Liew                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

witness tampering, in violation of 18 U.S.C. 1512, and making false statements to a government agent, in violation of 18 U.S.C. 1001

Date: 7-27-11

*Issuing officer's signature*

City and state:   San Francisco, California          Hon. Maria-Elena James, U.S. Magistrate Judge
                                                                    *Printed name and title*

### Return

This warrant was received on *(date)* 07/27/2011, and the person was arrested on *(date)* 07/28/2011
at *(city and state)* Orinda, California.

Date: 08/05/2011

*Arresting officer's signature*

Cynthia Ho, Special Agent, FBI
*Printed name and title*